# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NATIONSRENT, INC., et al.,<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br><br>Chapter 11 |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST,<br>PERRY MANDARINO, NOT PERSONALLY, BUT AS TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>CYRK, INC. A/K/A CYRK ACQUISITION CORP.,<br><br>Defendant. | C.A. No. 04-CV-734 (KAJ) |

## NOTICE OF SERVICE OF DISCOVERY

I, Christina M. Thompson, hereby certify that on this 23rd day of May, 2005, I caused true and correct copies of the (i) *Defendant Cyrk, Inc.'s First Request for Production of Documents*, (ii) *Defendant Cyrk, Inc.'s First Set of Interrogatories*, and (iii) this *Notice of Service of Discovery* to be served upon the following persons in the manner as indicated:

**BY HAND DELIVERY**
Neil B. Glassman, Esq.
Daniel K. Astin, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY U.S. MAIL**
Kenneth A. Rosen, Esq.
Paul Kizel, Esq.
Brian M. Brennan, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

#397566-1

| | |
|---|---|
| Dated: May 23, 2005<br>       Wilmington, Delaware | CONNOLLY BOVE LODGE & HUTZ LLP<br><br>**/s/ Christina M. Thompson**<br>Jeffrey C. Wisler (I.D. No. 2795)<br>Christina Thompson (I.D. No. 3976)<br>The Nemours Building<br>1007 North Orange Street, P.O. Box 2207<br>Wilmington, DE 19899<br>Telephone: (302) 658-9141<br><br>       -and-<br><br>Daniel S. Lubell, Esquire<br>Jeffrey S. Margolin, Esquire<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: (212) 837-6000<br><br>Attorneys for Cyrk, Inc.<br>a/k/a Cyrk Acquisition Corp. |

#397566-1