# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., et al.,<br><br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee,<br><br>Plaintiff,<br>v. | <br><br><br><br><br>District Court Case Nos. (KAJ): |
| EJ Reynolds, Inc. | 04-CV-722 |
| Cyrk Inc. | 04-CV-734 |
| Office Management Systems Inc. | 04-CV-742 |
| Saber Fleet Services, Inc. d/b/a Weiland Tire Service | 04-CV-753 |
| Tacony Corporation | 04-CV-808 |
| Little Beaver, Inc. | 04-CV-997 |
| Diamant Boart Inc. | 04-CV-1004 |
| Tsurumi (America) Inc. | 04-CV-1005 |
| Harbor Graphics Corporation | 04-CV-1007 |
| Multiquip Inc. | 04-CV-1025 |
| Bobcat Company | 04-CV-1026 |
| Nortrax Equipment Co. South LA | 04-CV-1044 |
| Nortrax Equipment Co. SE, LLC | 04-CV-1045 |
| Partner Industrial Products | 04-CV-1047 |
| Rentlink Inc. | 04-CV-1054 |
| Equipment Development Co., Inc. | 04-CV-1128 |

| | |
|---|---|
| Fischer Group | 04-CV-1141 |
| Dossey Holdings, Inc. | 04-CV-1155 |
| L&P Financial Services | 04-CV-1165 |
| Jeff Falkanger & Associates | 04-CV-1184 |
| Morgan Guaranty Trust Company of New York | 04-CV-1192 |
| Defendants. | |

**ORDER**

At Wilmington this **24th** day of **January, 2006**.

On January 23, 2006, a teleconference was scheduled with Magistrate Judge Thynge for the purpose of discussing the ADR process to be instituted in the above-captioned matters. As a result of that teleconference,

IT IS ORDERED that another teleconference has been scheduled **for Monday, March 6, 2006 at 5:00 p.m. EST** with Magistrate Judge Thynge. That teleconference will be organized by plaintiff's counsel and the dial-in number is **888-622-5357** with the participation code as **431656.**

Prior to the teleconference in March 2006, if not done previously as required in the Order of November 15, 2005, counsel shall complete the exchange of certain information consistent with Judge Jordan's prior order.

For those cases that do not resolve mediation shall occur. Counsel and the parties shall hold the following dates for mediation: **June 5, 7-9 and 12, 2006.** Further periodic teleconferences will be scheduled to discuss the exchange of information and the status of the parties' negotiations. Unless their case has settled, **all**

2

**counsel shall attend any future teleconferences. Counsel's attendance, along with the client, at mediation is required.** Plaintiff's counsel shall provide all counsel and unrepresented parties with a copy of this Order.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE