## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>CYRK, INC., A/K/A CYRK ACQUISITION CORP.,<br><br>Defendant. | Civil Action No. 04-CV-0734 (KAJ) |

### STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY stipulated and agreed between the above-captioned Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and the above-captioned Defendant, Cyrk, Inc. a/k/a Cyrk Acquisition Corp., that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP. and NationsRent of Indiana, LP

624967v1

Dated: 5/10, 2006

THE BAYARD FIRM

*/s/ M. Augustine*

Neil B. Glassman, Esquire (No. 2087)
Ashley B. Stitzer, Esquire (No. 3891)
Mary E. Augustine, Esquire (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone:    (302) 655-5000

- and -

LOWENSTEIN SANDLER PC
Paul Kizel, Esquire
65 Livingston Avenue
Roseland, NJ 07068
Telephone:    (973) 597-2500

Co-Counsel for Perry Mandarino, not personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust


CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ J. Wisler*

Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone:    (302) 658-9141
Email:       jwisler@cblh.com
             cthompson@cblh.com

- and -

HUGHES HUBBARD & REED LLP
Daniel S. Lubell (NY Bar No. DL-7932)
Jeffrey S. Margolin (NY Bar No. JM-4853)
One Battery Park
New York, NY 10004
Telephone: (212) 837-6000
Email: margolin@hugheshubbard.com

Counsel for Cyrk, Inc., a/k/a Cyrk Acqusition Corp.