## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 10th day of May, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Jeffrey C. Wisler, Esquire
Christina M. Thompson, Esquire
*Connolly Bove Lodge & Hutz LLP*
P.O. Box 2207
Wilmington, DE 19899

Daniel S. Lubell, Esquire
Jeffrey S. Margolin, Esquire
*Hughes Hubbard & Reed LLP*
One Battery Park
New York, NY 10004

Mary E. Augustine (No. 4477)